IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOMMY HILFIGER LICENSING LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendant. | Case No. 21-cv-2689<br><br>Judge Gary Feinerman<br><br>Magistrate Judge Maria Valdez |

## DECLARATION OF GANGNENG XIAO

I, Gangneng Xiao, hereby declare, and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying. The following information regarding sales information is accurate to the best of my knowledge.

2. I am the owner at Skininy ("Skininy") and as such, I have personal knowledge regarding Skininy's sales. I make this declaration from my personal knowledge unless otherwise stated.

3. Skininy has only made one sale in Illinois of the item of merchandise that Plaintiff claims is infringing as evidenced by proof of such sale from Skininy's website, Skininy's sales

records and an accounting of Skininy's sales attached hereto as Exhibit A, Exhibit B, and Exhibit C respectively.

4. The lone sale in Illinois of the allegedly infringing merchandise was made to an individual identified as an investigator engaged by Plaintiff in this matter.

5. Due to the temporary restraining order and the preliminary injunction order, Skininy has more than $140,000 dollars restrained. Skininy is legitimate business seller, with this restrained amount, Skininy's business has been severely impacted. Skininy remains unable to access its funds.

6. Skininy has only sold one unit of alleged infringing products to Plaintiff's investigator for a gross revenue of only USD $30.95 and a profit of only $10.60.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on the 9th day of July, 2021, in Guangzhou, China.


Respectfully submitted,

*Gangneng Xiao*

07/09/2021
Date