



### RETRO CREATIVE SUN EYE PRINT SWEATSHIRT

~~$47.07~~ $29.42

COLOR

Purple

SIZE

S  M  L  XL  XXL

QUANTITY

− 1 +

ADD TO CART

BUY IT NOW

📣📣Free Shipping At $79+
🔥Over $69 Get $5 OFF (code: A5)
🔥Over $99 Get $10 OFF [code: A10]
🔥Over $159 Get $15 OFF [code: A15]
🎁8% OFF FIRST ORDER 【DA8】











WOMEN'S CASUAL ROUND NECK PRINTED SHIRT

$41.20  $30.95

< | 1 | 2 | 3

Search
About us

FAQ
Return Policy

SIGN UP AND SAVE
Subscribe to get special offers, free



# Skininy

HOME   NEW IN   T-SHIRTS   SWEATSHIRTS   JUMPSUITS   PANTS   MAN SWEATSHIRTS

FREE SHIPPING ON ORDERS OVER $79

## WOMEN'S CASUAL ROUND NECK PRINTED SHIRT

$41.20  $30.95

COLOR
Blue

SIZE
XXL  XL  L  M  S

QUANTITY
− 1 +

ADD TO CART

BUY IT NOW

📣Free Shipping At $79+
🔥Over $69 Get $5 OFF (code: A5]
🔥Over $99 Get $10 OFF (code: A10]
🔥Over $159 Get $15 OFF (code: A15]
🎁8% OFF FIRST ORDER 【DA8】

Product Name:Women's casual round neck printed shirt



























HOME   NEW IN   T-SHIRTS   SWEATSHIRTS   JUMPSUITS   PANTS   MAN SWEATSHIRTS

FREE SHIPPING ON ORDERS OVER $79

# SHIPPING POLICY



It usually takes 2-6 business days to process your order (while some items may need 7-9 business days). We will send you an email if the processing time takes longer than expected.

Notes:
1) Shipping Time does not include a 2-6 day processing period required to process your order from the date your order is placed.
2) We will make every effort to deliver your package ASAP. However, additional time may be required due to invalid addresses and custom clearance issues.

3) Affected by Covid-19, there will be some delay on the delivery.

Search
About us
Privacy Policy
Terms of Use
Intellectual Property Rights

FAQ
Return Policy
Shipping Policy
Track Your Order

SIGN UP AND SAVE

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email

© 2021 Skininy






# FAQ

1. How long will it take to receive my order?
It usually takes 2-6 business days to process your order (while some items may need 7-9 business days). We will send you an email if the processing time takes longer than expected.

Please note the total time = processing time + shipping time (this does not include any customs delays, weekends, holiday periods and any unforeseen circumstances.)

2. How can I track my order?
As soon as we are ready to ship your order, we will send you an email with the corresponding delivery information. After that, you will be able to track your order under "My Orders" when you log in to your Skininy account or by clicking the tracking link in your shipping confirmation email.

3. How do I return or exchange an item?
Please understand that we do not accept returns or exchange without a prior return authorization. Therefore if you need to return your order for some reason, please contact our Customer Service staff first to confirm. Once you are authorized to return the item(s), please follow all of the instructions provided. For additional information, please see our returns policy.

We recommend that all returns be sent via a traceable carrier. Keep the Return Tracking Number associated with the package you are returning to ensure that the package is returned to our warehouse. skininy.com is not responsible for packages sent with a return label not provided by us, or without the original packing slip.

Please note the following product return requirements:
Merchandise must be returned within 10 days of receipt;
Merchandise must be unworn and unwashed;
Merchandise must have all tags, original packaging, accessories and embellishments fully intact;

4. HOW DO I USE A COUPON CODE?
Lucky you! To use your coupon code, add all of your glam goodies to your shopping cart and begin the checkout process. There will be a box to enter your code, then just click "apply". Please note that only one promotion code can be entered for a given order from Skininy. Coupon code cannot be used on orders already placed.

5. HOW DO I OPT-OUT OF EMAILS?
Why would you want to? Our skininy fans receive all kinds of perks and special gifts. But if you must, just click the 'Unsubscribe' link at the bottom of any email.

Search
About us
Privacy Policy
Terms of Use
Intellectual Property Rights

FAQ
Return Policy
Shipping Policy
Track Your Order

SIGN UP AND SAVE

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email



© 2021 Skininy

MENU

 依卡瑞服饰（广州）有限公司 　　　　　　　　　　　　　　− $39.94

May 5, 2021

Payment

**Paid with**

Visa　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$39.94

VISA Credit Card x-9014

You'll see "PAYPAL *YIKARUIFUSH" on your card statement.

**Ship to**

Savannah Cunningham

300 South Wacker Drive, #2500

Chicago, IL 60606

United States

**Transaction ID**

5LY663091X013951L

**Seller info**

依卡瑞服饰（广州）有限公司

https://www.saithin.com/

service@saithin.com

**Invoice ID**

c20354956329110.1

**Purchase details**

Women's Casual Round Neck Printed Shirt - Blue / M　　　　　　　　$30.95

Shipping　　　　　　　　　　　　　　　　　　　　　　　　　　　　$8.99

Total　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$39.94

We'll use cookies to improve and customize your experience if you continue to browse. Is it OK if we also use cookies to show you personalized ads? Learn more and manage your cookies

Yes, Accept Cookies