ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Tommy Hilfiger Licensing LLC et al,

Plaintiff(s),

v.

The Partnerships and Unincorporated Associations
Identified on Schedule "A",

Defendant(s).

Case No.  21 C 2689
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐  in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒  other: : Judgment is entered in favor of Plaintiff Tommy Hilfiger Licensing LLC et al and
against Defendants calvinkleinoutletonline.com, et al. in the amount of $200,000.00 per Defendant.  Injunctive
relief issues as well.

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date:  9/30/2021            Thomas G. Bruton, Clerk of Court

/s/ Jackie Deanes , Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TOMMY HILFIGER LICENSING LLC, CALVIN KLEIN TRADEMARK TRUST and CALVIN KLEIN, INC., | Case No. 21-cv-02689 |
| Plaintiffs, | **Judge Gary Feinerman** |
| v. | **Magistrate Judge Maria Valdez** |
| CALVINKLEINOUTLETONLINE.COM, et al., | |
| Defendants. | |

### FINAL JUDGMENT ORDER

This action having been commenced by Plaintiffs Tommy Hilfiger Licensing LLC, Calvin Klein Trademark Trust and Calvin Klein, Inc. (collectively, "Plaintiffs") against the fully interactive e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiffs having moved for entry of Default and Default Judgment against the Seller Aliases (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiffs a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Plaintiffs having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces and Domain Names.

1

Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using infringing and counterfeit versions of Plaintiffs' federally registered trademarks ("Plaintiffs' Trademarks") to residents of Illinois. A list of Plaintiffs' Trademarks is included in the below chart.

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,398,612 | TOMMY HILFIGER | For: clothing for men and women: namely, shirts, pants, jackets, sweaters, shorts, belts, vests, sport jackets, coats, rain coats, parkas in class 025. |
| 1,738,410 | TOMMY HILFIGER | For: clothing for men, namely, shirts, sweaters, pants, sweatshirts, shorts, sport jackets, parkas, bathing suits, vests in class 025.<br><br>For: retail clothing store services in class 042. |

| | | |
|---|---|---|
| 1,833,391 | TOMMY HILFIGER | For: ties, socks, suspenders, hats, caps, suits and blazers in class 025. |
| 1,995,802 | TOMMY HILFIGER | For: deodorants and soaps for personal use in class 003.<br><br>For: articles of leather and imitation leather, namely, wallets, credit card cases, billfolds, umbrellas and travelling bags in class 018.<br><br>For: bathrobes, tuxedos, pajamas, underpants and undershirts in class 025. |
| 2,103,148 | TOMMY HILFIGER | For: eyewear, namely, eyeglasses, sunglasses and eyeglass frames and lenses and eyewear accessories, namely, cases and holders in class 009. |
| 2,162,940 | TOMMY HILFIGER | For: jewelry made of precious and non-precious metals and stones, namely, cuff- links, and bracelets in class 014.<br><br>For: footwear, namely, shoes, boots, sneakers, sandals and slippers in class 025. |
| 2,485,457 | TOMMY HILFIGER | For: jewelry, namely, necklaces, and rings in class 014.<br><br>For: pillows in class 020. |
| 2,617,339 | TOMMY HILFIGER | For: watches in class 014. |
| 2,389,024 | TOMMY | For: clothing for men, women and children, namely, t-shirts, sweatshirts, sweaters, jackets, coats, jeans, and caps in class 025. |

3

| | | |
|---|---|---|
| 2,475,142 | TOMMY | For: full line of apparel and headwear in class 025. |
| 2,772,857 | TOMMY | For: handbags in class 018. |
| 3,164,348 | HILFIGER | For: clothing, namely, shirts, t-shirts, sweatshirts, sweaters, shorts, sweatpants, blazers, pants, jeans, suits, vests, jackets, coats, parkas, ponchos, swimwear, swim trunks, rainwear, wind resistant jackets, underwear, belts, hats, caps, scarves, boxer shorts, shoes, boots, sneakers, sandals, and gloves in class 025. |
| 2,899,046 | HILFIGER DENIM | For: clothing, namely, shirts, t-shirts, sweatshirts, tank tops, sweaters, turtle-necks, shorts, sweatpants, blazers, pants, jeans, skirts, suits, overalls, dresses, vests, jackets, coats, parkas, ponchos, swimwear, bikinis, swim trunks, overcoats, belts, hats, wool hats, caps, scarves, and gloves in class 025. |
| 2,563,735 | TH | For: Jewelry and watches in class 014. |
| 2,612,455 | TH | For: full line of apparel in class 025. |
| 2,697,281 | TH | For: Full line of handbags, backpacks, and cosmetic bags sold empty in class 018. |
| 3,084,022 | TH | For: Eyeglasses, sunglasses and frames for eyeglasses in class 009. |
| 1,460,988 |  | For: clothing for men and women, namely, shirts, pants, jackets, sweaters, shorts, belts, vests, sport jackets, coats, rain coats, parkas in class 025. |

| | | |
|---|---|---|
| 1,727,740 |  | For: clothing for men namely, shirts, sweaters, sportcoats, pants, sweatshirts, shorts, sport jackets, raincoats, parkas, overcoats, bathing suits, vests, turtlenecks; clothing for boys, namely, shirts, sweaters, sportcoats, pants, sweatshirts, shorts, sport jackets, parkas, bathing suits, vests in class 025.<br><br>For: retail clothing store services in class 042. |
| 1,808,520 |  | For: socks, ties, hats, caps and blazers in class 025. |
| 2,030,406 |  | For: cologne, eau de toilette, shaving lotion, deodorant and soap for personal use in 003.<br><br>For: articles of leather and imitation leather, namely wallets, credit card cases, billfolds, umbrellas and travelling bags in class 018.<br><br>For: bathrobes, tuxedos, pajamas, underpants, undershirts and suspenders in class 025. |
| 2,213,511 |  | For: footwear, namely, shoes, boots, sneakers, sandals and slippers in class 025. |
| 2,063,504 |  | For: eyewear, namely, eyeglasses, sunglasses and eyeglass frames and lenses and eyewear accessories, namely, cases and holders in class 009. |
| 4,745,262 | TOMMY ▆ HILFIGER | For: soaps; perfumery; colognes; toilet water; perfumes, fragrances |

|  |  | for personal use; lotions for skin care; antiperspirants; deodorants for personal use in 003.

For: optical goods, namely, spectacles, spectacle glasses, sunglasses, eyeglass cases and sunglasses cases, carrying cases and holders for portable computers and mobile phones, magnetic coded cards, namely, gift cards in class 009.

For: jewelry, namely, bracelets, necklaces, rings, earrings, cufflinks, horological and chronometric instruments, namely, watches, wrist watches, straps for wrist watches in class 014.

For: all purpose sports bags and athletic bags; overnight bags; book bags; tote bags; travelling bags; backpacks; handbags; luggage; suitcases; purses; briefcases; travel bags; duffel bags and beach bags, school bags; garment bags for travel; overnight cases, clutch bags; travel kit bags sold empty; suitcases with wheels attached; billfolds; wallets, pocket wallets, change purses, coin purses, credit card cases of leather; leather credit card wallets; name card cases; cosmetic cases sold empty; leather cases for cosmetics sold empty; umbrellas in class 018.

For: fabrics and textile goods, namely, household linen, bed linen, bath linen, bed sheets, pillow shams, pillow cases, bed blankets, comforters, quilts, bedspreads, bed covers, duvet covers, duvets, dust ruffles, mattress covers, |
|---|---|---|

| | | |
|---|---|---|
| | | towels, bath towels, beach towels, face cloths, shower curtains, handkerchiefs in class 024.<br><br>For: clothing for men, women and children and infants, namely, shirts, golf shirts, t-shirts, polo shirts, knit tops, woven tops, sweatshirts, tank tops, sweaters, blouses, jerseys, turtlenecks, shorts, sweatpants, warm-up suits, blazers, sport coats, trousers, jeans, skirts, dresses, suits, overalls, jumpers, vests, jackets, coats, raincoats, parkas, ponchos, swimwear, bikinis, swim trunks, overcoats, rainwear, wind resistant jackets, sleepwear, pajamas, bathrobes, underwear, lingerie, boxer shorts, belts made of leather, ties; headgear, namely, hats, wool hats, caps, visors, headbands, ear muffs; scarves, shawls, cloth bibs; footwear, gym shoes, sneakers, socks, hosiery, shoes, boots, beach shoes, sandals, slippers, gloves, suspenders; layettes in class 025.<br><br>For: retail department store services, online retail department store services, online retail outlet services featuring perfumery, cosmetics, clothing, footwear, headgear, textile goods, goods made of leather or imitation of leather, bags, eyewear, jewellery, watches and horological and chronometric instruments, household accessories, and home items in class 035. |
| 3,264,718 |  | For: clothing for men, women and children, namely, shirts, golf shirts, T-shirts, sweatshirts, tank tops, sweaters, jeans, vests, jackets, coats, parkas, underwear, scarves in class 025. |

| 3,264,715 |  | For: handbags in class 018. |
|---|---|---|
| 1,993,879 | CALVIN KLEIN | For: watches and jewelry in class 014. |
| 1,418,226 | CALVIN KLEIN | For: eyeglass frames and sunglasses in class 009. |
| 2,069,292 | CK CALVIN KLEIN JEANS | For: women's, men's, boys and girls wearing apparel, namely, shirts, T-shirts, tank tops, blouses, jackets, sport coats, pants, dresses, shorts, walking shorts, skirts, jeans, gloves, suits, blazers, clothing belts, socks, tights, hats; outerwear, namely, jackets, coats, vests, sweaters, shearling, shearling jackets, rain wear, rain coats, capes, ponchos, warm-up suits, scarves, shawls, and clothing ties in class 025.<br><br>For: advertising agencies and developing promotional campaigns for businesses in class 035.<br><br>For: design services for others in the field of clothing and retail boutique store services in class 042. |
| 2,314,144 | CK | For: jewelry and watches in class 014. |
| 1,932,699 | Calvin Klein | For: briefs, boxer shorts, athletic shirts and bottoms, t-shirts and tank tops, undershirts, underpants and undershirts, robes, knitted and woven sleepwear, namely sleep shirts, pajama tops, pajama bottoms, smoking jackets, knitted and woven loungewear, including lounging pants and tops, and lounge jackets in class 025. |

| | | |
|---|---|---|
| 1,819,048 | Calvin Klein | For: men's wearing apparel; namely, suits, sports jackets; blazers, dinner jackets, pants, jeans, outer coats, raincoats, shirts, vests, sweaters, ties, belts; women's wearing apparel; namely, jeans, and gloves; children's wearing apparel; namely, dresses, skirts, jeans and shirts in class 025. |
| 1,633,261 | Calvin Klein | For: men's and boys' underwear and men's and boys' shorts; women's and girls' underwear (including brassieres and underpants); women's nightgowns in class 025. |
| 1,604,663 | Calvin Klein | For: women's handbags, wallets, billfolds, french purses, briefcase type leather portfolios and briefcase type leather organizer, key case, key fobs, change purses, luggage, vanity cases, overnight cases, duffle bags, suit bags, tote bags, trunks, briefcases, attaché cases and suit cases in class 018. |
| 2,483,764 | cK | For: eyeglass frames, sunglasses in class 009.<br><br>For: clothing caps and hats in class 025.<br><br>For: advertising agencies and developing promotional campaigns for businesses in class 035.<br><br>For design for others in the field of clothing and retail clothing boutiques in class 042. |
| 2,454,886 | cK | For: eyeglass frames, sunglasses in class 009.<br><br>For: watches and clocks in class 014.<br><br>For: clothing, footwear and headwear for women, men, boys and girls, namely, jump suits, shirts, blouses, jackets, bathing suits, pants, belts, |

| | | |
|---|---|---|
| | | shorts, warm-up suits, sweatpants and sweatshirts, walking shorts, jeans, knitted tops, stockings, tights, hats, caps, coats, outer coats, sweater, skirts, coats, t-shirts, beach and swimming cover-ups, tank tops, camisoles; tennis and golf apparel, namely, dresses, tops, skirts, pants, and shorts; footwear, namely, shoes, active sport shoes, sneakers, boots, slippers; blazers, pants, socks in class 025.<br><br>For: advertising agencies and developing promotional campaigns for businesses in class 035.<br><br>For: design for others in the field of clothing and retail clothing boutiques in class 042. |
| 2,080,100 |  | For: women's, men's, boys and girls wearing apparel, namely, shirts, t-shirts, jump suits, tank tops, blouses, jackets, bathing suits, beach and swimming cover-ups, pants, dresses, shorts, walking shorts, skirts, jeans, gloves, sports jackets, blazers, belts, socks, stockings, tights, hats, outerwear, namely jackets, coats, sweaters, rainwear, raincoats, capes, ponchos, shoes, boots, slippers, tennis and golf dresses, tennis and golf shorts, warm-up suits, scarves, shawls in class 025. |
| 2,076,377 |  | For: handbags, wallets, key cases, change purses, cosmetic bags and pouches sold empty, briefcase-type portfolios, suit bags, trunks for traveling, suitcases, umbrellas, billfolds, duffle bags, tote bags, briefcases and attaché cases, luggage, overnight cases, toilet kits sold empty, credit card holders, business card holders, eyeglass cases made |

| | | |
|---|---|---|
| | | from leather or imitation thereof in class 018. |
| 2,074,471 | CₖK | For: men's underwear, sleepwear and loungewear products, namely briefs, boxer shorts, athletic shirts and bottoms, t-shirts and tank tops, undershirts, underpants and undershirts, robes, knitted and woven sleepwear, namely sleep shirts, pajama tops, pajama bottoms, breakfast jackets, smoking jackets, bed jackets and cover-ups, knitted and woven loungewear, including lounging pants and tops, and lounge jackets; boy's underwear, namely briefs and boxer shorts in class 025. |
| 2,064,064 | CₖK | For: women's and girl's intimate apparel, sleepwear and loungewear, bodywear, namely foundations, bras, girdles, garter belts, one piece bra and girdle, corselettes, body stockings, control briefs, control hipsters, control bikinis, bra slips, bra top camisoles, waist cinchers, bustiers, merry widows, camisettes, leotards and unitards, daywear, namely culottes, bikinis, hipsters, briefs, slips, blouse-slips, camisole-slips, chemise slips, culotte slips, evening slips, maternity slips, panty slips, princess slips, shadow panel slips, strapless slips, suite slips, tailored slips, half-slips, petti-slips, bra-slips, chemises, teddies, camisoles, bra top camisoles, bralettes, tap pants and petti-pants, daywear, loungewear, sleepwear and bodywear, namely nightgowns, toga nightgowns, night shirts, pajamas, shortie pajamas, baby doll pajamas, T-shirt pajamas, French maid sleepers, harem pajamas, hostess culottes, lounging pajamas, rompers, sleep shorts, peignoirs, bed jackets, caftans, jumpsuits, teddies, bathrobes, |

| | | |
|---|---|---|
| | | dressing gowns, kimonos, housecoats, beach togas, beach wrap-ups, breakfast coats, brunch coats, hooded bathrobes, dusters, hostess robes, kabuki robes, lounging robes and monk's robes, bra tops, crop tops and leggings, excluding women's hosiery in class 025. |
| 2,192,526 | CK Calvin Klein | For: watches, excluding (14k and 18k gold jewelry) in class 014. |
| 2,144,299 | CK Calvin Klein | For: eyeglass frames and sunglasses in class 009. |
| 2,142,329 | CK Calvin Klein | For: handbags, wallets, keycases, change purses, cosmetic cases sold empty, briefcase-type portfolios, suit bags, luggage trunks, suitcases, umbrellas, billfolds, duffelbags, totebags, briefcases and attaché cases, luggage and overnight cases in class 018. |
| 1,951,987 | CK Calvin Klein | For: handbags, wallets, key cases, change purses, cosmetic bags and pouches sold empty, briefcase-type portfolios, suit bags trunks for traveling, suitcases, umbrellas, billfolds, duffle bags, tote bags, briefcases and attaché cases, luggage, overnight cases in class 018. |
| 1,810,850 | CK Calvin Klein | For: women's, men's, boys and girls wearing apparel; namely, shirts, blouses, jackets, bathing suits, beach and swimming cover-ups, pants, dresses, shorts, skirts, jeans, gloves, suits, sports jackets, belts, socks, underwear, stockings, tights, hats, outerwear; namely, coats and vests, sweaters, T-shirts, rainwear, |

12

| | | raincoats, tank tops, shoes, boots, slippers, blazers, bras, nightgowns, robes, scarves and shawls in class 025. |
|---|---|---|

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. using Plaintiffs' Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiffs' product or not authorized by Plaintiffs to be sold in connection with Plaintiffs' Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiffs' product or any other product produced by Plaintiffs, that is not Plaintiffs' or not produced under the authorization, control or supervision of Plaintiffs and approved by Plaintiffs for sale under Plaintiffs' Trademarks;

13

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiffs, or are sponsored by, approved by, or otherwise connected with Plaintiffs;

    d. further infringing Plaintiffs' Trademarks and damaging Plaintiffs' goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of Plaintiffs' trademarks, including the Plaintiffs' Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within ten (10) business days of receipt of this Order, shall, at Plaintiffs' choosing:

    a. transfer the Domain Names to Plaintiffs' control, including unlocking and changing the registrar of record for the Domain Names to a registrar of Plaintiffs' selection; or

    b. disable the Domain Names and make them inactive and untransferable.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within ten (10) business days of receipt of this Order, shall take any steps necessary to transfer the Domain Names to a registrar account of Plaintiffs' selection.

14

4.    Upon Plaintiffs' request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces and Domain Names, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate, (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiffs' Trademarks.

5.    Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred thousand dollars ($200,000) for willful use of counterfeit Plaintiffs' Trademarks on products sold through at least Defaulting Defendants' Online Marketplaces and Domain Names. The two hundred thousand dollar ($200,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in Schedule A.

6.    Plaintiffs may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiffs used to serve the Temporary Restraining Order on the Third Party Providers.

7.    Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases, Online Marketplaces, or

15

Domain Names from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

8. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are hereby released to Plaintiffs as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are ordered to release to Plaintiffs the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

9. Until Plaintiffs have recovered full payment of monies owed to them by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall within ten (10) business days:

a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases, Online Marketplaces and Domain Names, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 2 and 3 to the Declaration of Alastair Gray, Exhibits 5 and 6 to the Declaration of Dawn Buonocore-Atlas, and any e-mail addresses provided for Defaulting Defendants by third parties;

16

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiffs as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

10.    In the event that Plaintiffs identify any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits 2 and 3 to the Declaration of Alastair Gray, Exhibits 5 and 6 to the Declaration of Dawn Buonocore-Atlas and any e-mail addresses provided for Defaulting Defendants by third parties.

11.    The ten thousand dollar ($10,000.00) surety bond posted by Plaintiffs is hereby released to Plaintiffs or their counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiffs or their counsel.

This is a Final Judgment.

DATED: September 30——, 2021

_____

Gary Feinerman
United States District Judge

17

Tommy Hilfiger Licensing LLC, et al. v. CALVINKLEINOUTLETONLINE.COM, et al. - Case No. 21-cv-02689

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | calvinkleinoutletonline.com | 2 | tommyhilfigeraustralia.com |
| 3 | tommyhilfigerindia.com | 4 | tommyhilfigersingapore.com |
| 5 | tommyhilfigermalaysia.com | 6 | tommyhilfigermexico.com |
| 7 | tommyhilfigerromania.com | 8 | tommyhilfigerireland.com |
| 9 | Cottonarts Store | 10 | Decoratu Store |
| 11 | Design By SP Store | 12 | Doitbest Official Store |
| 13 | DISMISSED | 14 | DISMISSED |
| 15 | Global TYBURN Store | 16 | oohmy Store |
| 17 | Rev. Yang 15688 Store | 18 | SHEINSimplee Dropshipping Store |
| 19 | Shop910562247 Store | 20 | Shop910732089 Store |
| 21 | Shop910962023 Store | 22 | Shop911066222 Store |
| 23 | Shop911252155 Store | 24 | Shop911382235 Store |
| 25 | Shop911457076 Store | 26 | Shop911509235 Store |
| 27 | Shop911599524 Store | 28 | Shop911609350 Store |
| 29 | DISMISSED | 30 | Song World Store |
| 31 | Voge Store | 32 | Welcome to shopping 123 Store |
| 33 | @58588 Store | 34 | 1011342559 Store |
| 35 | 1375157685 Store | 36 | 19191919 Store |
| 37 | 267149 Store | 38 | 328 Discount Store |
| 39 | 394354507 Store | 40 | 566665 Store |
| 41 | 566665656 Store | 42 | 788 Store |
| 43 | 823xiaoman Store | 44 | 9527888 Store |
| 45 | 96 Store | 46 | A_tongyun Store |
| 47 | A111888 Store | 48 | A888z Store |
| 49 | aadfzzzz1546 Store | 50 | ahgffUYTT1516793 Store |
| 51 | ANPUDUSEN Official Store | 52 | Asiqi Store |
| 53 | Atongyun Store | 54 | Bo yue Store |
| 55 | Call out Store | 56 | Casual men's tribal store Store |
| 57 | CENZHI Watches Store | 58 | Chinese-English Store |
| 59 | chuyuanxuan Store | 60 | DAFI-II Store |
| 61 | Dandanxiaodian Store | 62 | dazhuang Store |
| 63 | DropShipping Minzhe WHNB Store | 64 | dsd Store |
| 65 | Friendship-h Store | 66 | Georgia Store |
| 67 | GGBD Store | 68 | DISMISSED |

| No. | Seller Aliases | No. | Seller Aliases |
|-----|----------------|-----|----------------|
| 69 | gogoshopping Store | 70 | guizunvxie Store |
| 71 | Harvest Men's Store | 72 | hefuqiang Store |
| 73 | HOTS AI KE Store | 74 | HUANGLIN Store |
| 75 | hufang Store | 76 | import Store |
| 77 | jiangnan Store | 78 | jiaojiaodian Store |
| 79 | jinouxiang Store | 80 | Jin-zhi-xiao-huang-bao Store |
| 81 | KAFTLN Watches Store | 82 | ke te Store |
| 83 | Lanfoo apparel Store | 84 | leftatrium Store |
| 85 | Lemono Store | 86 | li1234566 Store |
| 87 | LISI123456 Store | 88 | lisijiazu0428 Store |
| 89 | Loer Room Store | 90 | ls0030514 Store |
| 91 | Men's fitness Store | 92 | Men's short-sleeved wardrobe Store |
| 93 | Mr. Zhou Store | 94 | Ms. Fu shop Store |
| 95 | MUZLY Store | 96 | Nannan store Store |
| 97 | OY good friend Store | 98 | package6days Store |
| 99 | Phone Cases XMZHC Store | 100 | pipipipipi Store |
| 101 | Rectify Store | 102 | rehuo Store |
| 103 | Robot man Store | 104 | S686 Store |
| 105 | SHANGSHAN Franchise Store | 106 | Shoes-888 Store |
| 107 | Shop5015155 Store | 108 | Shop5031152 Store |
| 109 | Shop5278036 Store | 110 | Shop5890596 Store |
| 111 | Shop732274 Store | 112 | Shop900250101 Store |
| 113 | Shop911037118 Store | 114 | Shop911185216 Store |
| 115 | Shop911331025 Store | 116 | Shop911337019 Store |
| 117 | Shop911338149 Store | 118 | Shop911340097 Store |
| 119 | Shop911389143 Store | 120 | Shop911398046 Store |
| 121 | Shop911411036 Store | 122 | Shop911411338 Store |
| 123 | Shop911411472 Store | 124 | Shop911420412 Store |
| 125 | Shop911424451 Store | 126 | Shop911426373 Store |
| 127 | Shop911552080 Store | 128 | Shop911562164 Store |
| 129 | Shop911566234 Store | 130 | Shop911566366 Store |
| 131 | Shop911572289 Store | 132 | Shop911575278 Store |
| 133 | Shop911599337 Store | 134 | Shop911602329 Store |
| 135 | Shop911604057 Store | 136 | Shop911604266 Store |
| 137 | Shop911604333 Store | 138 | Shop911606560 Store |
| 139 | Shop911609049 Store | 140 | Shop911614472 Store |
| 141 | shunhua2021030802 Store | 142 | Specialty store356 Store |
| 143 | Splus Store | 144 | sqyt65546817 Store |
| 145 | su123456 Store | 146 | Those years 888 Store |
| 147 | TMUUM Store | 148 | Tommys Jeans Store |

| No. | Seller Aliases |
|---|---|
| 149 | Trendy good Store |
| 151 | TX SIX NINE Store |
| 153 | welcome1231 Store |
| 155 | xiao fan Store |
| 157 | Xinxin Apparel Store |
| 159 | YANG MING Store |
| 161 | Yi Dian Store Store |
| 163 | yichengmaoyiyoux Store |
| 165 | YM good friend Store |
| 167 | Youzhao Apparel Store |
| 169 | Yuli Apparel Store |
| 171 | ZD Store |
| 173 | Zhongyiyu Store |
| 175 | ZJFZML Belt Store |
| 177 | zkuku112211221122 Store |
| 179 | zzzz123456 Store |
| 181 | Acgicea Global Store |
| 183 | CTCT Store |
| 185 | IMusenge Store |
| 187 | Shop4718003 Store |
| 189 | Shop910963049 Store |
| 191 | Shop911413661 Store |
| 193 | XINYIDA Store |
| 195 | nac7052 |
| 197 | Barbara Astrid |
| 199 | DISMISSED |
| 201 | DISMISSED |
| 203 | DISMISSED |
| 205 | DISMISSED |

| No. | Seller Aliases |
|---|---|
| 150 | Trendy High street 4 Store |
| 152 | DISMISSED |
| 154 | Wuji Store |
| 156 | Xin Hui GZ Garment Co Ltd Store |
| 158 | xl store 8548321 Store |
| 160 | yayaya Store |
| 162 | Yi'sofficial Store |
| 164 | YIYI Swimwear Store |
| 166 | yourandme Store |
| 168 | Yovoner Store |
| 170 | YY 54 Phone Cases Store |
| 172 | zhanmimi Store |
| 174 | Zhou Dropshipping Store |
| 176 | zkuku1122 Store |
| 178 | zkuku11222211 Store |
| 180 | Nice-day outdoor Store |
| 182 | Batmo Good Quality Store |
| 184 | Designer Cases Store |
| 186 | Outstandingofficial Store |
| 188 | Shop5593191 Store |
| 190 | Shop911218003 Store |
| 192 | Shop911424048 Store |
| 194 | Kiyolyl |
| 196 | tianhon5 |
| 198 | chentao0000 |
| 200 | DISMISSED |
| 202 | DISMISSED |
| 204 | DISMISSED |
| | |

| No. | Online Marketplaces |
|---|---|
| 1 | aliexpress.com/store/911677006 |
| 3 | aliexpress.com/store/900237523 |
| 5 | DISMISSED |
| 7 | aliexpress.com/store/5837094 |
| 9 | aliexpress.com/store/911291160 |
| 11 | aliexpress.com/store/910562247 |
| 13 | aliexpress.com/store/910962023 |
| 15 | aliexpress.com/store/911252155 |
| 17 | aliexpress.com/store/911457076 |

| No. | Online Marketplaces |
|---|---|
| 2 | aliexpress.com/store/5831428 |
| 4 | aliexpress.com/store/510947 |
| 6 | DISMISSED |
| 8 | aliexpress.com/store/911253352 |
| 10 | aliexpress.com/store/911415216 |
| 12 | aliexpress.com/store/910732089 |
| 14 | aliexpress.com/store/911066222 |
| 16 | aliexpress.com/store/911382235 |
| 18 | aliexpress.com/store/911509235 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|-----|---------------------|-----|---------------------|
| 19 | aliexpress.com/store/911599524 | 20 | aliexpress.com/store/911609350 |
| 21 | DISMISSED | 22 | aliexpress.com/store/911058184 |
| 23 | aliexpress.com/store/911606811 | 24 | aliexpress.com/store/911870205 |
| 25 | aliexpress.com/store/911716025 | 26 | aliexpress.com/store/911835508 |
| 27 | aliexpress.com/store/911795380 | 28 | aliexpress.com/store/911754170 |
| 29 | aliexpress.com/store/911805403 | 30 | aliexpress.com/store/911767305 |
| 31 | aliexpress.com/store/911757537 | 32 | aliexpress.com/store/911779512 |
| 33 | aliexpress.com/store/911796177 | 34 | aliexpress.com/store/911745081 |
| 35 | aliexpress.com/store/911653289 | 36 | aliexpress.com/store/911600698 |
| 37 | aliexpress.com/store/910458060 | 38 | aliexpress.com/store/911733147 |
| 39 | aliexpress.com/store/911784661 | 40 | aliexpress.com/store/911755282 |
| 41 | aliexpress.com/store/911784964 | 42 | aliexpress.com/store/911767008 |
| 43 | aliexpress.com/store/5794904 | 44 | aliexpress.com/store/911792229 |
| 45 | aliexpress.com/store/911765527 | 46 | aliexpress.com/store/910564294 |
| 47 | aliexpress.com/store/911687022 | 48 | aliexpress.com/store/911745634 |
| 49 | aliexpress.com/store/5376252 | 50 | aliexpress.com/store/911769288 |
| 51 | aliexpress.com/store/911777394 | 52 | aliexpress.com/store/911609761 |
| 53 | aliexpress.com/store/911828359 | 54 | aliexpress.com/store/911750290 |
| 55 | aliexpress.com/store/911660095 | 56 | aliexpress.com/store/911718029 |
| 57 | aliexpress.com/store/910367412 | 58 | aliexpress.com/store/911750184 |
| 59 | aliexpress.com/store/5788265 | 60 | DISMISSED |
| 61 | aliexpress.com/store/911811371 | 62 | aliexpress.com/store/911748811 |
| 63 | aliexpress.com/store/911673023 | 64 | aliexpress.com/store/911666277 |
| 65 | aliexpress.com/store/911092027 | 66 | aliexpress.com/store/911775096 |
| 67 | aliexpress.com/store/911798060 | 68 | aliexpress.com/store/911659135 |
| 69 | aliexpress.com/store/911775878 | 70 | aliexpress.com/store/911773638 |
| 71 | aliexpress.com/store/911600715 | 72 | aliexpress.com/store/911835351 |
| 73 | aliexpress.com/store/5035103 | 74 | aliexpress.com/store/911714518 |
| 75 | aliexpress.com/store/911710432 | 76 | aliexpress.com/store/900250283 |
| 77 | aliexpress.com/store/911794414 | 78 | aliexpress.com/store/911668041 |
| 79 | aliexpress.com/store/911838111 | 80 | aliexpress.com/store/911930012 |
| 81 | aliexpress.com/store/911777220 | 82 | aliexpress.com/store/911783910 |
| 83 | aliexpress.com/store/911599852 | 84 | aliexpress.com/store/911615823 |
| 85 | aliexpress.com/store/5741013 | 86 | aliexpress.com/store/911665302 |
| 87 | aliexpress.com/store/911718003 | 88 | aliexpress.com/store/911734072 |
| 89 | aliexpress.com/store/911784645 | 90 | aliexpress.com/store/911777924 |
| 91 | aliexpress.com/store/910448049 | 92 | aliexpress.com/store/911808298 |
| 93 | aliexpress.com/store/911797755 | 94 | aliexpress.com/store/911752698 |
| 95 | aliexpress.com/store/911944034 | 96 | aliexpress.com/store/911897045 |
| 97 | aliexpress.com/store/911258004 | 98 | aliexpress.com/store/910319126 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|-----|---------------------|-----|---------------------|
| 99 | aliexpress.com/store/5015155 | 100 | aliexpress.com/store/5031152 |
| 101 | aliexpress.com/store/5278036 | 102 | aliexpress.com/store/5890596 |
| 103 | aliexpress.com/store/732274 | 104 | aliexpress.com/store/900250101 |
| 105 | aliexpress.com/store/911037118 | 106 | aliexpress.com/store/911185216 |
| 107 | aliexpress.com/store/911331025 | 108 | aliexpress.com/store/911337019 |
| 109 | aliexpress.com/store/911338149 | 110 | aliexpress.com/store/911340097 |
| 111 | aliexpress.com/store/911389143 | 112 | aliexpress.com/store/911398046 |
| 113 | aliexpress.com/store/911411036 | 114 | aliexpress.com/store/911411338 |
| 115 | aliexpress.com/store/911411472 | 116 | aliexpress.com/store/911420412 |
| 117 | aliexpress.com/store/911424451 | 118 | aliexpress.com/store/911426373 |
| 119 | aliexpress.com/store/911552080 | 120 | aliexpress.com/store/911562164 |
| 121 | aliexpress.com/store/911566234 | 122 | aliexpress.com/store/911566366 |
| 123 | aliexpress.com/store/911572289 | 124 | aliexpress.com/store/911575278 |
| 125 | aliexpress.com/store/911599337 | 126 | aliexpress.com/store/911602329 |
| 127 | aliexpress.com/store/911604057 | 128 | aliexpress.com/store/911604266 |
| 129 | aliexpress.com/store/911604333 | 130 | aliexpress.com/store/911606560 |
| 131 | aliexpress.com/store/911609049 | 132 | aliexpress.com/store/911614472 |
| 133 | aliexpress.com/store/911661407 | 134 | aliexpress.com/store/911783944 |
| 135 | aliexpress.com/store/911666384 | 136 | aliexpress.com/store/911715280 |
| 137 | aliexpress.com/store/911837415 | 138 | aliexpress.com/store/911750093 |
| 139 | aliexpress.com/store/911710331 | 140 | aliexpress.com/store/1798078 |
| 141 | aliexpress.com/store/911664149 | 142 | aliexpress.com/store/911719060 |
| 143 | aliexpress.com/store/910717091 | 144 | DISMISSED |
| 145 | aliexpress.com/store/911727287 | 146 | aliexpress.com/store/911609664 |
| 147 | aliexpress.com/store/911714518 | 148 | aliexpress.com/store/911276026 |
| 149 | aliexpress.com/store/911295095 | 150 | aliexpress.com/store/911902019 |
| 151 | aliexpress.com/store/911754108 | 152 | aliexpress.com/store/911796324 |
| 153 | aliexpress.com/store/911831027 | 154 | aliexpress.com/store/911217176 |
| 155 | aliexpress.com/store/911783566 | 156 | aliexpress.com/store/4978039 |
| 157 | aliexpress.com/store/911798177 | 158 | aliexpress.com/store/911877513 |
| 159 | aliexpress.com/store/911036018 | 160 | aliexpress.com/store/911778094 |
| 161 | aliexpress.com/store/911799334 | 162 | aliexpress.com/store/911701068 |
| 163 | aliexpress.com/store/911665201 | 164 | aliexpress.com/store/911774864 |
| 165 | aliexpress.com/store/911837206 | 166 | aliexpress.com/store/911556260 |
| 167 | aliexpress.com/store/911840255 | 168 | aliexpress.com/store/911718419 |
| 169 | aliexpress.com/store/911876478 | 170 | aliexpress.com/store/911859038 |
| 171 | aliexpress.com/store/911793533 | 172 | aliexpress.com/store/5746253 |
| 173 | aliexpress.com/store/3895056 | 174 | aliexpress.com/store/4311014 |
| 175 | aliexpress.com/store/3096050 | 176 | aliexpress.com/store/910635007 |
| 177 | aliexpress.com/store/116702 | 178 | aliexpress.com/store/911295223 |

| No. | Online Marketplaces |
|---|---|
| 179 | aliexpress.com/store/4718003 |
| 181 | aliexpress.com/store/910963049 |
| 183 | aliexpress.com/store/911413661 |
| 185 | aliexpress.com/store/637195 |
| 187 | ebay.com/usr/nac7052 |
| 189 | wish.com/merchant/56e940ffc8dcde583d9cc9c7 |
| 191 | DISMISSED |
| 193 | DISMISSED |
| 195 | DISMISSED |
| 197 | DISMISSED |

| No. | Online Marketplaces |
|---|---|
| 180 | aliexpress.com/store/5593191 |
| 182 | aliexpress.com/store/911218003 |
| 184 | aliexpress.com/store/911424048 |
| 186 | amazon.com/sp?seller=A3UZQNVHRSKKS |
| 188 | ebay.com/usr/tianhon5 |
| 190 | wish.com/merchant/5f4f8e196a9e390e3bcf8a7d |
| 192 | DISMISSED |
| 194 | DISMISSED |
| 196 | DISMISSED |
|  |  |

| No. | Domain Names |
|---|---|
| 1 | calvinkleinoutletonline.com |
| 3 | tommyhilfigerindia.com |
| 5 | tommyhilfigermalaysia.com |
| 7 | tommyhilfigerromania.com |

| No. | Domain Names |
|---|---|
| 2 | tommyhilfigeraustralia.com |
| 4 | tommyhilfigersingapore.com |
| 6 | tommyhilfigermexico.com |
| 8 | tommyhilfigerireland.com |